6/30

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Scotti Sawyer-Kershner           :       Chapter 13
        Edward A. Kershner, Jr.           :
                                            :
        Debtors                           :       No.:    15-16109-jkf

**ORDER**

AND NOW, this 25th day of August, 2016, the application of William D. Schroeder, Jr., attorney for debtors, for compensation in the amount of $3,000.00 is hereby approved. The debtors has previously paid $1,500.00 to counsel; the trustee is approved to pay the balance of $1,500.00 to counsel.

BY THE COURT:

_____ J.

William D. Schroeder, Jr.
Attorney at Law
262A Bethlehem Pike, Suite 102
Colmar, PA  18915

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Scotti and Edward Kershner
420 Tennis Avenue
Ambler, PA  19002