United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scotti Sawyer Kershner
Edward A. Kershner, Jr.
     Debtors

Case No. 15-16109-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1             Date Rcvd: Aug 25, 2016
                                Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.
db/jdb        +Scotti Sawyer Kershner,   Edward A. Kershner, Jr.,   420 Tennis Avenue,   Ambler, PA 19002-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KERI P EBECK    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
         jbluemle@weltman.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM D. SCHROEDER, JR    on behalf of Debtor Scotti Sawyer Kershner schroeder@jrlaw.org,
         Healey@jrlaw.org
        WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Edward A. Kershner, Jr. schroeder@jrlaw.org,
         Healey@jrlaw.org
                                                                                                                                               TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Scotti Sawyer Kershner and Edward A. Kershner, Jr.
        Debtor(s)

Chapter: 13
Bankruptcy No: 15−16109−jkf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this August 25, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

        Jean K. FitzSimon
        Judge ,
        United States Bankruptcy Court

57
Form 155