United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scotti Sawyer Kershner  
Edward A. Kershner, Jr.  
    Debtors

Case No. 15-16109-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Aug 26, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.  
db/jdb         +Scotti Sawyer Kershner,    Edward A. Kershner, Jr.,    420 Tennis Avenue,    Ambler, PA 19002-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KERI P EBECK    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com, jbluemle@weltman.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM D. SCHROEDER, JR    on behalf of Debtor Scotti Sawyer Kershner schroeder@jrlaw.org, Healey@jrlaw.org  
         WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Edward A. Kershner, Jr. schroeder@jrlaw.org, Healey@jrlaw.org

                                                                                                        TOTAL: 7

6/30

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Scotti Sawyer-Kershner         :      Chapter 13
         Edward A. Kershner, Jr.        :
                                        :
                    Debtors             :      No.:   15-16109-jkf

## ORDER

AND NOW, this 25th day of August, 2016, the application of William D. Schroeder, Jr., attorney for debtors, for compensation in the amount of $3,000.00 is hereby approved. The debtors has previously paid $1,500.00 to counsel; the trustee is approved to pay the balance of $1,500.00 to counsel.

BY THE COURT:

_____ J.

William D. Schroeder, Jr.
Attorney at Law
262A Bethlehem Pike, Suite 102
Colmar, PA 18915

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Scotti and Edward Kershner
420 Tennis Avenue
Ambler, PA 19002