WWR# 21231179

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER NO. 13 |
| SCOTTI SAWYER KERSHNER. | ) |
| EDWARD A. KERSHNER, JR. | ) BANKRUPTCY NO. 15-16109-jkf |
|     Debtor | ) |
| | ) Nature of Proceeding |
| CITIZENS BANK, N.A. | ) Motion for Relief from Automatic Stay |
|     Movant | ) |
| | ) Related to Document #  41 |

# **PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY**

   CHECK ONE:

☒   The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated  10/07/2016                               /s/ Keri P. Ebeck
                                                                   Keri P. Ebeck
                                                                   Weltman, Weinberg & Reis Co. L.P.A.
                                                                   436 Seventh Avenue
                                                                   Suite 2500
                                                                   Pittsburgh, PA 15219
                                                                   Attorney for Movant

WWR# 21231179

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SCOTTI SAWYER KERSHNER<br>EDWARD A. KERSHNER, JR.<br>                    Debtor<br><br>CITIZENS BANK, N.A.<br><br>                    Movant | Case No. 15-16109-jkf<br><br>Chapter 13<br><br>**Hearing Date:**<br>**Hearing Time:** |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Movant has filed a Praecipe to Withdraw Motion for Relief from Automatic Stay with the court for the real property located at 420 Tennis Avenue, Ambler, PA 19002.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 10/24/2016 (17 Days from the date of the filing of this Motion) you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            U.S. Bankruptcy Clerk
            U.S. Bankruptcy Court
            Robert N.C. Nix, Sr. Federal Courthouse
            900 Market Street, Suite 400
            Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the Movant's attorney:

            Keri P. Ebeck
            Weltman, Weinberg & Reis Co., L.P.A.
            436 7th Avenue
            Suite 2500
            Pittsburgh, PA 15219
            (412) 434-7955
            (412) 434-7959/fax

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the Motion is scheduled to be held before the Honorable Jean K. FitzSimon, on         , at       am, U.S. Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, Courtroom #3.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material, factual issues in the manner directed by Fed R. Bankr. P.9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 10/07/2016                                                      BY: /s/ Keri P. Ebeck
                                                                                  KERI P. EBECK, ESQUIRE
                                                                                   436 7th Avenue
                                                                                   Suite 2500
                                                                                   Pittsburgh, PA 15219
                                                                                   (412) 434-7955  /  (412) 434-7959
                                                                                   Attorney for Movant

WWR# 21231179

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SCOTTI SAWYER KERSHNER<br>EDWARD A. KERSHNER, JR.<br>　　　　　　　　Debtor<br><br>CITIZENS BANK, N.A.<br>　　　　　　　　Movant | Case No. 15-16109-jkf<br><br>Chapter 13<br>Related to Document No. **41**<br>**Hearing Date:**<br>**Hearing Time:** |

## CERTIFICATE OF SERVICE

I, Keri P. Ebeck, Esquire, attorney for Movant, do hereby certify that true and correct copies of the Praecipe to Withdraw Motion for Relief from the Automatic Stay, with copies of the Notice of Motion, Response Deadline and Hearing Date relating thereto, have been served on the 7th day of October, 2016, by first class mail, postage prepaid from Pittsburgh, Pennsylvania, upon those listed below:

Scotti Sawyer Kershner, 420 Tennis Avenue, Ambler, PA 19002

Edward A. Kershner, Jr., 420 Tennis Avenue, Ambler, PA 19002

William D. Schreder, Jr., 920 Lenmar Drive, Blue Bell, PA 19422

William C. Miller, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107


　　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.


　　　　　　　　　　　BY:　　/s/ Keri P. Ebeck
　　　　　　　　　　　　　　　KERI P. EBECK, ESQUIRE
　　　　　　　　　　　　　　　436 7th Avenue
　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　(412) 434-7955  /  (412) 434-7959
　　　　　　　　　　　　　　　Attorney for Movant