# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward A. Kershner Jr. aka Edward A. Kershner, aka Edward Kershner<br>Scotti Sawyer Kershner aka Scotti Sawyer-Kershner, aka Scotti Sawyer, aka Scotti Kershner<br>　　　　　　　　　　　　　　Debtors | CHAPTER 7<br><br>NO. 15-16109 JKF |
| JPMorgan Chase Bank, National Association<br>　　　　　　　　　　　　　　Movant<br>　　vs.<br>Edward A. Kershner Jr. aka Edward A. Kershner, aka Edward Kershner<br>Scotti Sawyer Kershner aka Scotti Sawyer-Kershner, aka Scotti Sawyer, aka Scotti Kershner<br>　　　　　　　　　　　　　　Debtors<br>Gary F. Seitz Esq.　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 23rd day of August, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is ~~modified~~ terminated with respect to the subject premises located at 420 Tennis Avenue, Ambler, PA 19002 ("Property), ~~so~~ as to ~~allow~~ Movant, its successors or assignees, ~~to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property~~.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jean K. FitzSimon_
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Edward A. Kershner Jr. aka Edward A. Kershner, aka Edward Kershner
420 Tennis Avenue
Ambler, PA 19002

Scotti Sawyer Kershner aka Scotti Sawyer-Kershner, aka Scotti Sawyer, aka Scotti Kershner
420 Tennis Avenue
Ambler, PA 19002

William D. Schroeder, Jr., Esq.
262 A Bethlehem Pike (VIA ECF)
Suite 102
Colmar, PA 18915

Gary F. Seitz Esq.
601 Walnut Street, Suite 750 West
The Curtis Center
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532