United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-16109-jkf
Scotti Sawyer Kershner                                                  Chapter 7
Edward A. Kershner, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 1              Date Rcvd: Aug 23, 2017
                               Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db/jdb        #+Scotti Sawyer Kershner,    Edward A. Kershner, Jr.,    420 Tennis Avenue,    Ambler, PA 19002-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 24 2017 01:32:18      City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2017 01:31:56      Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2017 01:32:18      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:20      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
               jbluemle@weltman.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Scotti Sawyer Kershner schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Edward A. Kershner, Jr. schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                               TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edward A. Kershner Jr. aka Edward A. Kershner, aka Edward Kershner<br>Scotti Sawyer Kershner aka Scotti Sawyer-Kershner, aka Scotti Sawyer, aka Scotti Kershner<br>　　　　　　　　　　　　　　　　Debtors | CHAPTER 7<br><br>NO. 15-16109 JKF |
| JPMorgan Chase Bank, National Association<br>　　　　　　　　　　　　　　　　Movant<br>vs.<br>Edward A. Kershner Jr. aka Edward A. Kershner, aka Edward Kershner<br>Scotti Sawyer Kershner aka Scotti Sawyer-Kershner, aka Scotti Sawyer, aka Scotti Kershner<br>　　　　　　　　　　　　　　　　Debtors<br>Gary F. Seitz Esq.　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this 23rd day of August, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is ~~modified~~ terminated with respect to the subject premises located at 420 Tennis Avenue, Ambler, PA 19002 ("Property), ~~so~~ as to ~~allow~~ Movant, its successors or assignees, ~~to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jean K. FitzSimon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Edward A. Kershner Jr. aka Edward A. Kershner, aka Edward Kershner
420 Tennis Avenue
Ambler, PA 19002

Scotti Sawyer Kershner aka Scotti Sawyer-Kershner, aka Scotti Sawyer, aka Scotti Kershner
420 Tennis Avenue
Ambler, PA 19002

William D. Schroeder, Jr., Esq.
262 A Bethlehem Pike (VIA ECF)
Suite 102
Colmar, PA 18915

Gary F. Seitz Esq.
601 Walnut Street, Suite 750 West
The Curtis Center
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532