UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Scotti Sawyer Kershner | : | Chapter 7 | |
| | Edward A. Kershner Jr. | : | | |
| | | : | | |
| | Debtors | : | No.: | 15-16109-jkf |

**Praecipe to Change Address**

Please be advised that Scotti and Edward Kershner, referenced debtors have moved from:

420 Tennis Avenue
Ambler, PA 19002

to:

67 N. Ridge Avenue
Ambler, PA 19002

/s/ William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtors
920 Lenmar Drive
Blue Bell, PA 19422
215-822-2728
schroeder@jrlaw.org